## McKee, Appellant, *v.* Pittsburg Railways Company.

OPINION BY HEAD, J., October 10, 1910:

This is a companion case with McCully v. Pittsburg Railways Company, in which an opinion has this day been handed down, ante, p. 316. In every essential feature the two cases are similar and present the same questions for our consideration. In this case, as in the former one, the bill was dismissed by the learned judge below, and for the reasons we have fully set forth in the opinion referred to we must affirm his decree.

Judgment affirmed.